395 A.2d 979

Conshohocken Federal Savings and Loan Association v. Jefferies et al., Appellants.

Argued September 13, 1978.   Joseph P. Lynch, submitted a brief for appellants;   Andrew B. Cantor, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.